Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **NICHOLAS COLAIZZI,** | **Case No.:** 2:14-cv-02021-GMN-GWF |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| **NATIONSTAR MORTGAGE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC.** | **AND ORDER** |
| Defendants | |

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff NICHOLAS COLAIZZI voluntarily dismisses the claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., in the above-captioned matter, with prejudice as to the named plaintiff. Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 16, 2015

BY: _/s/ DANNY J. HOREN_____
DANNY J. HOREN, ESQ.
ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/19/2015**