Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS COLAIZZI, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC. <br><br> Defendants | **Case No.:** 2:14-cv-02021-GMN-GWF <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC.** <br><br> **AND ORDER** |

///

///

///

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff
2  NICHOLAS COLAIZZI voluntarily dismisses the claims against Defendant
3  EQUIFAX INFORMATION SERVICES, LLC., in the above-captioned matter,
4
5  with prejudice as to the named plaintiff. Each party will bear its own costs,
6  disbursements, and attorney fees.
7
8
9  Dated: April 20, 2015
10
11                                              BY:  /S/ *DANNY J. HOREN*_____
                                                DANNY J. HOREN, ESQ.
12                                              ATTORNEY FOR PLAINTIFF
13
14
15  **IT IS SO ORDERED.**
16
17  _____
18  Gloria M. Navarro, Chief Judge
    United States District Court
19
20  **DATED:  04/21/2015**